# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

WEBASTO ROOFING SYSTEMS,
INC., a Delaware Corporation,

      Plaintiff,

v.

METEOR SEALING SYSTEMS,
LLC, An Ohio limited liability
company,

      Defendant.

Case No. 2:26-CV-10141

Hon. F. Kay Behm

---

| | |
|---|---|
| Sheldon H. Klein (P41062) | Martha J. Olijnyk (P60191) |
| Ashley F. Cook (P86369) | Seth D. Gould (P45465) |
| BUTZEL LONG, P.C. | THE MILLER LAW FIRM, P.C. |
| 201 W. Big Beaver Road | 950 W. University Dr., Ste. 300 |
| Troy, MI 48084 | Rochester, MI 48307 |
| T:  (248) 258-1616 | T: (248) 841-2200 |
| klein@butzel.com | F: (248) 652-2852 |
| *Attorneys for Plaintiff* | mjo@miller.law |
| | sdg@miller.law |
| | *Attorneys for Defendant* |

---

## STIPULATION AND ORDER (A) VACATING THE PRELIMINARY INJUNCTION [ECF NO. 12]; (B) ADJOURNING THE HEARING ON WEBASTO'S MOTION TO ENFORCE THE FEBRUARY 5, 2026 PRELIMINARY INJUNCTION ORDER AND FOR CIVIL CONTEMPT AND SANCTIONS AGAINST DEFENDANT [ECF NO. 13]; AND (C) HOLDING THE BOND FUNDS UNTIL FURTHER ORDER

Upon the stipulation of the parties as evidenced by their signatures below and the Court being otherwise advised in the premises;

WHEREAS, on January 15, 2026, Plaintiff filed its Amended Verified Complaint for Breach of Contract, Temporary Restraining Order, Injunctive, and Other Relief [ECF No. 5];

WHEREAS, on January 15, 2026, Plaintiff filed its Emergency Motion for Temporary Restraining Order and for Preliminary Injunction [ECF No. 6] (the "Injunction Motion");

WHEREAS, after briefing on the Injunction Motion, the Court issued the Order Granting Plaintiff's Emergency Motion for Temporary Restraining Order (ECF No. 6) [ECF No. 9] (the "TRO");

WHEREAS, after supplemental briefing on the Injunction Motion and a hearing on January 29, 2026, the Court issued the Order on Plaintiff's Motion for Preliminary Injunction (ECF No. 6) [ECF No. 12] (the "Preliminary Injunction Order");

WHEREAS, the Preliminary Injunction Order ordered, in part, that "For the reasons set forth above, Webasto's motion for preliminary injunction (ECF No. 6) is **GRANTED**. Meteor must continue to deliver Parts to Webasto and otherwise fulfill its obligations under all current contract terms until further order of the court."  ECF No. 12, PageID.527;

1

WHEREAS, the Preliminary Injunction Order ordered, in part, that "Pursuant to Federal Rule of Civil Procedure 65(c), the court **ORDERS** Plaintiff to post a bond in the amount of $261,295 and in the amount of $261,295 per month on the first day of each month until this Order expires or is vacated." ECF No. 12, PageID.527;

WHEREAS, Plaintiff deposited the initial bond amount of $261,295 with the Court;

WHEREAS, on February 11, 2026, Plaintiff filed an Emergency Verified Motion to Enforce the February 5, 2026 Preliminary Injunction Order and for Civil Contempt and Sanctions Against Defendant [ECF No. 13] (the "Motion to Enforce");

WHEREAS, on February 11, 2026, Plaintiff filed a Motion for Expedited Hearing on Emergency Verified Motion to Enforce the February 5, 2026 Preliminary Injunction Order and for Civil Contempt and Sanctions Against Defendant [ECF No. 14] (the "Motion for Expedited Hearing");

WHEREAS, on February 25, 2026, Plaintiff provided a letter headed "Notice of Termination" to Defendant, terminating the contract that was the subject of the TRO and is the subject of the Preliminary Injunction Order.

IT IS HEREBY ORDERED, that in light of the Notice of Termination, the Preliminary Injunction Order is **VACATED** because Defendant is no longer

2

obligated to deliver Parts to Plaintiff and the Preliminary Injunction Order is moot.

IT IS FURTHER ORDERED, that the hearing on  the Motion to Enforce is adjourned for thirty days, to a date and time to be determined by the Court.

IT IS FURTHER ORDERED, that the bond funds held by the Clerk of the Court will continue to be held by the Clerk of the Court until further order of the court.

SO ORDERED.

Date: February 27, 2026                    s/F. Kay Behm
                                           F. Kay Behm
                                           United States District Judge

3

Stipulated and Agreed:

| **BUTZEL LONG, P.C.**<br>Attorneys for Webasto Roofing Systems, Inc.<br><br><br><br>BY:  */s/ Sheldon H. Klein (by MJO, with consent)*<br>Sheldon H. Klein (P41062)<br>Ashley F. Cook (P86369)<br>BUTZEL LONG, P.C.<br>201 W. Big Beaver Road<br>Troy, MI 48084<br>T:  (248) 258-1616<br>klein@butzel.com<br><br>February 27, 2026 | **THE MILLER LAW FIRM, P.C.**<br>Attorneys for Meteor Sealing Systems, LLC<br><br><br><br>BY:  */s/ Martha J. Olijnyk*<br>Martha J. Olijnyk (P60191)<br>Seth D. Gould (P45465<br>950 W. University Dr., Ste. 300<br>Rochester, MI 48307<br>(248) 841-2200 (phone)<br>(248) 652-2852 (fax)<br>mjo@miller.law<br><br>February 27, 2026 |
| --- | --- |

4